UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM CAVATAIO and ) | |
| MARY LOU CAVATAIO, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:06-CV-01630-SNL |
| ) | |
| CITY OF BELLA VILLA and ) | |
| CHIEF OF POLICE EDWARD LOCKE, JR., ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the Memorandum filed herein this date,

IT IS HEREBY ORDERED that Defendants' Motion (Doc. #11) is **HEREBY GRANTED IN PART**. The testimony of Plaintiffs' expert, Lieutenant Anthony Russo, is admissible insofar as it relates to his profession and experience as a law enforcement officer.

IT IS FINALLY ORDERED that this cause remains on the Court's docket of April 21, 2008.

Dated this 14th day of December, 2007.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**